DONALD D. CORNELL, as Administrator of the Estate of LEON CORNELL, Deceased, Respondent, *v.* ACME ROAD MACHINERY COMPANY, Appellant.

(Argued May 24, 1933; decided June 13, 1933.)

*Nathaniel F. Breen* and *Louis L. Waters* for appellant.
*Delos M. Cosgrove* for respondent.

no opinion.
Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN and CROUCH, JJ. Not sitting: HUBBS, J.